UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
GEORGE H. HARVEY ) CASE NO.: 19-23100
) CHAPTER 7 BANKRUPTCY
)
Debtor(s) )

PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS

Comes now Daniel L. Freeland, Chapter 7 Trustee, and respectfully shows:

1. That I am the Trustee for the above-captioned case, having been appointed on Oct 30, 2019.

2. That as Trustee, I anticipate receiving the 2019 Tax refunds of the Debtor(s), and should have sufficient sums available for distribution to creditors.

3. That the above monies will be deposited in a certain account at Axos Bank.

4. That, pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(S), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Respectfully submitted:

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Blvd.
Highland, IN 46322
219-922-0800

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and service of a true and complete copy of the document was served by:

Electronic Notice on:
United States Trustee
KURT KAZMIERCZAK

And by regular first class mail upon:
GEORGE H. HARVEY, 856 HAMLIN STREET, GARY, IN 46406

/s/ Daniel L. Freeland
Daniel L. Freeland